IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MONTAY D. HODGE,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     3:15cv354-MHT
                              )         (WO)
STANLEY GARRETT and           )
MICHAEL ROGERS,               )
                              )
    Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining that the defendant law-enforcement officers violated his right to due process when they testified against him in a revocation hearing.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are the plaintiff's objections to the recommendations.  After an independent and de novo review of the record, the court concludes that objections should be overruled and

that the magistrate judge's recommendations should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of July, 2015.

                                         /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**