IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MONTAY D. HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:15cv354-MHT |
| | ) | (WO) |
| STANLEY GARRETT and | ) | |
| MICHAEL ROGERS, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. nos. 5 and 7) are overruled.

(2) The United States Magistrate Judge's recommendations (doc. nos. 4 and 6) are adopted.

(3) This lawsuit is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 7th day of July, 2015.**

                                /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**